UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASON WARD,

      Plaintiff,

v.     Case No: 6:21-cv-1624-WWB-EJK

KENCO SIGN AND AWNING,
LLC and RAYMOND WEBB,

      Defendants.

## ORDER

This cause comes before the Court on Plaintiff's Motion to Compel (the "Motion"), filed July 11, 2022. (Doc. 32.) Therein, Plaintiff moves to compel responses and documents to Plaintiff's first set of interrogatories and first request for production of documents, asserting that Defendants have failed to provide discovery responses or otherwise respond to Plaintiff's communications. (*See id.*) Defendants have failed to timely respond to the Motion or request an extension of time to do so. As such, the Motion is construed as unopposed. *See* Local Rule 3.01(c).

Accordingly, it is hereby **ORDERED** that the Motion to Compel (Doc. 32) is **GRANTED IN PART**. All objections are deemed waived, and Defendants are **DIRECTED** to produce the responsive discovery **on or before August 9, 2022**. This deadline may be extended by mutual agreement between the parties. Defendants are **ORDERED** to pay Plaintiff's reasonable expenses incurred in bringing the instant Motion, including attorneys' fees. The parties should meet and confer as to the amount

of reasonable expenses. If the parties cannot reach an agreement as to the amount of expenses, Plaintiff may file a motion seeking his reasonable expenses **on or before August 9, 2022**.

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2022.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE