UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASON WARD,

      Plaintiff,

v.                                      Case No.: 6:21-cv-01624-WWB-EJK

KENCO SIGN AND AWNING, LLC, d/b/a
KENCO SIGNS, a Florida For Profit
Limited Liability Company, and
RAYMOND WEBB, Individually,

      Defendants.
_____/

## MEDIATION REPORT

A mediation conference was held on September 7, 2022, via zoom, and the results of that conference are indicated below:

(a) The following individuals, parties, company representatives, and/or claims professionals attended and participated in the virtual mediation conference and each possessed the requisite settlement authority:

<u>XXX</u>   Plaintiff and Plaintiff's trial counsel

<u>XXX</u>   Defendant and Defendant's trial counsel

<u>     </u>   Required claims professional

(b) The following individuals, parties, corporate representative, and/or claims professionals failed to appear and/or participate as ordered: Not applicable.

(c) The outcome of the mediation conference was:

<u>XXX</u>   The case has been settled, subject to approval by the Court.

____ The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

____ The conference was continued with the consent of all parties and counsel. The mediation conference will be scheduled not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

____ The parties have reached an impasse.

Done this 10th day of September, 2022.

        /s/Kay L. Wolf
Signature of Mediator
Florida Bar No. 247065

Kay L. Wolf
Name of Mediator

KAY L. WOLF Mediation Services, LLC
801 Silver Drive
Mailing Address

Orlando, Florida 32804
City, State and Zip Code

407-758-6984
Telephone Number